AUGUSTUS J. BUFFINGTON, as Administrator of the Estate of EARL A. BUFFINGTON, Deceased, Appellants, *v.* BOSTON AND MAINE RAILROAD, Respondent.

(Argued October 1, 1928; decided October 9, 1928.)

*Jarvis P. O'Brien* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

ERNEST G. HAND, Respondent, *v.* THOMAS ROURKE, as Executor of JOHN H. ROURKE, Deceased, Appellant.

(Submitted October 1, 1928; decided October 9, 1928.)

*Walter J. Relihan* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.